**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**ALBANY DIVISION**

|  |  |  |
|---|---|---|
| **GREGORY GILLILAN,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | **CIVIL ACTION FILE** |
| **VS.** | : | **NO.  1:07-CV-7 (WLS)** |
| | : | |
| **Nurse, JANE DOE; Dr. BENJAMIN;** | : | |
| **Dr. MOODY; P.A. JOHN GARMON;** | : | |
| **AUTRY PRISON MEDICAL STAFF** | : | |
| **EMPLOYEES,** | : | |
| | : | |
| **Defendants.** | : | |

**O R D E R**

On January 17, 2007, this Court ordered that this action proceed against defendants Dr.

Benjamin and Dr. Moody (Doc. # 5, p. 2, ¶ 1).  In the next sentence of said order the Court

erroneously ordered service herein upon Kevin Roberts who is not a party to this action.  In order

to correct this error the following changes are hereby made to the order of January 17, 2006, the

following opening phrase on page 2, ¶ 2, "Accordingly, it is hereby **ORDERED** that service be

made as provided by law upon defendant Kevin Roberts,"is  hereby deleted, and the following

phrase is hereby added in lieu thereof, "Accordingly, it is hereby **ORDERED** that service be

made as provided by law upon defendants Dr. Benjamin and Dr. Moody."  All other provisions

of said order remain unchanged.

SO ORDERED, this 18th day of January 2007.

*/s/ Richard L. Hodge*
RICHARD L. HODGE
UNITED STATES MAGISTRATE JUDGE