IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| GREGORY LINSTON GILLILAN, | : |
| | : |
| Plaintiff, | : |
| | : |
| VS. | : Civil Action File No. |
| | : **1:07-CV-07 (WLS)** |
| AUTRY PRISON MEDICAL STAFF | : |
| EMPLOYEES, et al., | : |
| | : |
| Defendants. | : |

## **RECOMMENDATION**

Currently pending in this *pro se* prisoner § 1983 action are several motions. The undersigned recommended on dated June 25, 2007 (doc. 17) that the complaint be dismissed pursuant to plaintiff's motion to dismiss (doc. 11) as it was filed prior to the filing of an answer or dispositive motion by defendants. That being so, it is further the RECOMMENDATION of the undersigned that plaintiff's motion to amend (doc. 7), his motion to correct error (doc. 10), his motion to dismiss ( doc. 15), and defendants' motion to dismiss (doc. 13) be **DENIED** as moot. Pursuant to 28 U.S.C. § 636(b)(1), the parties may file written objections to this recommendation with the Honorable W. Louis Sands, United States District Judge, WITHIN TEN (10) DAYS of receipt thereof.

**SO RECOMMENDED**, this 31st day of July, 2007.

//S Richard L. Hodge
RICHARD L. HODGE
UNITED STATES MAGISTRATE JUDGE

msd