**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION**

| | |
|---|---|
| GREGORY LINSTON GILLILAN, | : |
| Plaintiff, | : |
| v. | : 1:07-CV-07 (WLS) |
| AUTRY PRISON MEDICAL STAFF, | : |
| Defendants. | : |

**O R D E R**

Before the Court is a Report and Recommendation from United States Magistrate Judge Richard L. Hodge (Doc. No. 18), filed July 31, 2007. It is recommended that Plaintiff's motion to dismiss be granted, and that the remaining motions be denied as moot. Neither Plaintiff, nor Defendants, have filed a timely objection.

Upon full consideration of the record, the Court finds that said Recommendation should be and hereby is, **ACCEPTED**, **ADOPTED** and made the order of this Court for reason of the findings and reasons set out therein. Accordingly, Plaintiff's motion to dismiss (Doc. No. 11) is **GRANTED** and the remaining motions (Doc. Nos. 7, 10, 13) are **DENIED as moot.**

SO ORDERED, this  28th  day of August, 2007.

                 /s/W. Louis Sands
                 **W. Louis Sands, Judge
United States District Court**